**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01469-CV

## IN THE INTEREST OF A.J.G, S.S.G., AND R.M.G.

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52068-2013**

## ORDER

Before the Court are appellant's December 23, 2014 motion for a 90 day extension of time in which to file his appellant's brief and appellant's December 23, 2014 motion for a copy of the clerk's record. By postcard dated December 19, 2014 the Court granted appellant a thirty day extension of time until January 18, 2015 to file his appellant's brief. By letter dated today, the Court has suspended all pending deadlines in the appeal pending receipt of the trial court's ruling on a motion pursuant to rule 306a of the Texas Rules of Civil Procedure. Accordingly, we **DENY** the motion for extension of time to file appellant's brief as moot. We will take no action on appellant's request for the clerk's record pending determination of the court's jurisdiction over this appeal.

/s/     ELIZABETH LANG-MIERS
        JUSTICE